UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENEA SHARON DENISE GEORGE
DANIELS HEATH

VERSUS

DANIEL LOUIS HEATH, JR.

CIVIL ACTION

NO. 13-344-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 29, 2013 (doc. no. 4). The plaintiff filed a "Motion for Appeal" which the court treats as an objection. The objection essentially restates her prior arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous.

Baton Rouge, Louisiana, this 2nd day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA